UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE TOBIN FAMILY EDUCATION AND  :
HEALTH FOUNDATION; AND          :
COMMERCE TECHNOLOGY             :
LICENSING, LLC,                 :
                                :    Case No.
                  Plaintiffs,   :
v.                              :
                                :
AMAZON.COM, INC.,               :
                                :
                  Defendant.    :
_____ /

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
AND DEMAND FOR TRIAL BY JURY**

Plaintiffs The Tobin Family Education and Health Foundation and Commerce Technology Licensing, LLC, for their complaint against Defendant Amazon.com, Inc., hereby allege as follows:

**PARTIES**

1. The Tobin Family Education and Health Foundation ("Tobin") is a charitable trust organized and existing under the laws of the State of Florida, having its principal place of business at 1819 South Inlet, Marco Island, Florida, 34145.

2. Commerce Technology Licensing, LLC ("Commerce") is a limited liability company organized and existing under the laws of the State of Florida, having its principal place of business at 1819 South Inlet, Marco Island, Florida, 34145 (Tobin and Commerce collectively hereinafter referred to as "The Tobin Family").

Dockets.Justia.

3. Defendant Amazon.Com, Inc. ("Amazon"), upon information and belief, is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 1200 12th Avenue South, Suite 1200, Seattle, Washington. 98144.

## JURISDICTION AND VENUE

4. This action is for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.* Subject matter jurisdiction is conferred upon this Court under 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

6. Personal jurisdiction over the defendant comports with the United States Constitution because Amazon is committing acts of patent infringement alleged in this Complaint in this district.

## PATENTS AT ISSUE

7. On March 17, 2009, United States Patent No. 7,505,913 ("the '913 Patent") entitled "Method and System for Customizing Marketing Services on Networks Communication with Hypertext Tagging Conventions" was duly and lawfully issued based upon an application filed by the inventor, William J. Tobin.

8. The Tobin Family is the owner by assignment of the '913 Patent, and has the right to sue and recover damages for infringement thereof.

## CLAIM FOR RELIEF

9. Amazon is engaged in the operation of a store that, among other things, markets and sells goods to consumer customers through retail websites.

10. Upon information and belief, Amazon transmits web pages and markets and sells goods to consumers throughout the United States and in the Middle District of Florida.

11. Amazon pays referral fees to third parties, including fees that are dependent on a customer clicking a link on a third party website and then purchasing a product offered for sale on an Amazon site.

12. By such acts, Amazon has directly and/or contributorily infringed, and/or induced infringement of, and is continuing to directly and/or contributorily infringe, and/or induce infringement of the '913 Patent.

13. The Tobin Family has been damaged by the infringement by Amazon and is suffering, and will continue to suffer irreparable harm and damage as a result of this infringement, unless such infringement is enjoined by this Court.

14. The Tobin Family has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, The Tobin Family demands judgment as follows:

A. An order adjudging defendant Amazon to have infringed the '913 Patent;

B. A permanent injunction enjoining Amazon, together with its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them who receive actual notice of the order by personal service or otherwise, from infringing the '913 Patent;

C. An award of damages adequate to compensate The Tobin Family for the infringement of Amazon, along with prejudgment and postjudgment interest, but in no event less than a reasonable royalty, such damages to be trebled pursuant to the provisions of 35 U.S.C. § 284;

D. An award of The Tobin Family's reasonable attorney fees and expenses, pursuant to the provisions of 35 U.S.C. § 285;

E. An award of The Tobin Family's costs; and

F. Such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Fed. R. Civ. P. 38(b), The Tobin Family hereby demands a jury trial on all issues so triable raised in this action.

Respectfully submitted,

s/ Jay B. Shapiro
Jay B. Shapiro – Trial Counsel
Florida Bar No. 776361
Attorneys for Plaintiffs The Tobin Family
Education and Health Foundation and
Commerce Technology Licensing, LLC
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Tel.:305.789.3229
Fax.:305.789.3395
E-mail: jshapiro@swmwas.com

-and-

Alice R. Huneycutt
Florida Bar No. 293105
Attorneys for Plaintiffs The Tobin Family
Education and Health Foundation and
Commerce Technology Licensing, LLC
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
401 East Jackson Street, Suite 2200
Tampa, Florida 33602
Tel.:813 222-5031
Fax.:813 222-5089
E-mail: ahuneycutt@swmwas.com


**OF COUNSEL:**
Stephen F. Roth
Attorneys for Plaintiffs The Tobin Family
Education and Health Foundation and
Commerce Technology Licensing, LLC
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090
Tel.: 908.654.5000
Fax.: 908.654.7866
E-mail: sroth@ldlkm.com

-and-

Stephen B. Goldman
Attorneys for Plaintiffs The Tobin Family
Education and Health Foundation and
Commerce Technology Licensing, LLC
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090
Tel.:908.654.5000
Fax.:908.654.7866
E-mail: sgoldman@ldlkm.com

I:\W-LIT\complaint-tobin-amazon-1.DOC
3/17/09